UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ISAAC LEWIS,

                Petitioner,

v.

WILLIAM RUEBART,

                Respondents.

Case No. 2:22-cv-00802-ART-NJK

ORDER

In this habeas matter brought under 28 U.S.C. § 2254, Petitioner Isaac Lewis seeks a stay of this action while he seeks to reopen an earlier filed habeas action (Case No. 2:21-cv-00580-RFB-NJK) that was dismissed without prejudice. (ECF No. 7 ("Motion")). Respondents filed a non-opposition to the motion (ECF No. 8). Good cause appearing, Lewis's motion will be granted. *See Diez v. Bouldin*, 579 U.S. 40, 47 (2016) (noting "district courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").

IT IS THEREFORE ORDERED that

1. Lewis's motion to stay proceedings pending litigation in a related case [**ECF No. 7] is GRANTED**.

2. This action is **STAYED** pending the decision on the motion to reopen Case No. 2:21-cv-00580-RFB-NJK.

3. The Clerk of the Court shall administratively close this action unless and until the Court reopens the matter.

DATED THIS 1st day of November 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE